362

**No. 66534.**—Modern Food Products Co. et al. *v.* United States, protests 190392–K, etc. (San Francisco).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of vegetables similar in all material respects to those the subject of *Mutual Supply Co.* v. *United States* (44 Cust. Ct. 75, C.D. 2155), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 8, 1962

**No. 66535.**—Magnus Mabee & Reynard, Inc. *v.* United States, protests 319955–K, 323501–K, and 325122–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the issue herein is the same as that involved in *United States* v. *Dodge & Olcott, Inc.* (47 C.C.P.A. 100, C.A.D. 737), the claim of the plaintiff was sustained.

**No. 66536.**—Industrial Chemical & Dye Co. *v.* United States, protest 324636–K(B) (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of plastic sheeting similar in use to patent leather and that the issues are similar in all material respects to those the subject of *Prepac, Inc.* v. *United States* (43 Cust. Ct. 97, C.D. 2111), the claim of the plaintiff was sustained.